1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   MATTHEW ALLEN,                          Case No.  1:16-cv-01751-LJO-BAM (PC)

12                    Plaintiff,             ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS REGARDING
13          v.                               SEVER AND TRANSFER OF CLAIMS
                                             AGAINST DEFENDANT RIET AND
14   S. HUBBARD, et al.,                     DISMISSAL OF REMAINING CLAIMS
                                             AGAINST DEFENDANT MORGAN
15                    Defendants.
                                             (ECF No. 25)
16

17          Plaintiff Matthew Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 9, 2018, the assigned Magistrate Judge issued findings and recommendations

21   recommending that: (1) Plaintiff's claims against Officer Riet arising from events at Lancaster

22   State Prison be severed from this action and transferred to the Central District of California;

23   (2) Plaintiff's federal claims against Officer Morgan be dismissed from this action for failure to

24   state a claim upon which relief may be granted; and (3) Plaintiff's state law claims be dismissed

25   without prejudice.  (ECF No. 25.)  Those findings and recommendations were served on Plaintiff

26   and contained notice that any objections thereto were to be filed within fourteen (14) days after

27   service.  (Id. at 6.)  Plaintiff timely filed objections on April 19, 2018.  (ECF No. 26.)

28   ///

In his objections, Plaintiff merely states that he feels that this case could be settled for $500 to $1,500, and argues that he has clearly been a victim of CDC's negligence. However, none of Plaintiff's objections provide a legal basis on which to question the Magistrate Judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case and carefully reviewed the entire file, including Plaintiff's objections. The Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on April 9, 2018, (ECF No. 25), are adopted in full;

2. Plaintiff's claims against Officer Riet arising from events at Lancaster State Prison are severed from this action and transferred to the Central District of California;

3. Plaintiff's federal claims against Officer Morgan are dismissed from this action for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A;

4. Plaintiff's state law claims are dismissed without prejudice;

5. This action is dismissed due to Plaintiff's failure to state a claim; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2018**                        **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE